IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES RALPH ABSHIRE, #1092658, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | 3:08-CV-0130-M |
| | ) | (consolidated with |
| NATHANIEL QUARTERMAN, Director, | ) | 3:08-CV-0205-M) |
| Texas Department of Criminal Justice, | ) | |
| Correctional Institutions Division, | ) | |
|     Respondent. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff/Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge and DENIES Petitioner's third motion to proceed *in forma pauperis* [Doc. # 17] as moot. The court previously granted *in forma pauperis* to Petitioner. *See* Feb. 4, 2008 Order.

SO ORDERED this 30th day of June, 2008.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS